

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Hon. T. M. Trimble, First Assistant
State Superintendent of Public Instruction
Austin, Texas

Dear Sir:

Opinion No. O-6741
Re: Under facts submitted
whether it is necessary
to hold a tax election
in a school district
after it withdrew from
consolidation -

    We are in receipt of your request of July 25th. inst., as follows:

    "Your consideration and opinion on the problem presented in the enclosed letter from Mr. L. H. Griffin, County Superintendent of Bowie County will be greatly appreciated."

    We quote from Mr. Griffin's letter as follows:

    "Acting under Article 2815, Sections A and B, a former common school district has withdrawn from a consolidation. This district had a bond issue when it voted into the consolidation, and a $1.00 tax rate. I took it for granted that when the district voted out of the consolidation it took its original boundary lines as of the time it consolidated, and it also took its tax rate as of the date of the time it consolidated. The two boards agreed on the amount of bonded indebtedness this district should assume. No tax election was held.

----- ...ICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

"After thinking this thing through
it occurred to me that there was a possibility
that it would be necessary to hold a tax election
in the district after it withdrew from the con-
solidation. Please advise me if this will be
necessary. We would certainly hate to hold this
election in the district, but if it is necessary
to make the tax levy valid, of course we could
do it. Since a specific plan was set out for
the bonded indebtedness I believed that the tax
rate was automatically that which the district
had at the time of the consolidation. Please ad-
vise me at your very earliest convenience in
regard to this, because if we must hold an
election we want to do it at the earliest date
practical."

Article 2815, V. A. C. S., reads as follows:

"(a) Such consolidated districts
may, in the same manner provided for their con-
solidation be dissolved and the districts in-
cluded therein restored to their original status,
except that it shall not be necessary to provide
polling places in each district. Each such
district when so restored shall assume and be
liable for its prorata part of the outstanding
financial obligations of the consolidated dis-
trict, such prorata part to be based on the
relation the total assessed valuation of all
property in the district bears to the total
assessed valuation of property in the consoli-
dated district, as shown by the assessment rolls
of the district for the current year. No election
for the dissolution of said consolidated districts
shall be held until three (3) years have elapsed
after the date of the election at which such
districts were consolidated.

"(b) On the petition of twenty (20),
or a majority of the legally qualified voters
of any common school district, or independent
school district, praying for the withdrawal from
a consolidated district, if three (3) years have
elapsed after the date of the election at which
such districts were consolidated, the County
Judge shall give notice of the date of such election
by publication of the order in some newspaper pub-
lished in the county for twenty (20) days prior

Hon. T. M. Trimble - Page 3

to the date on which such elections are ordered, or by posting a notice of such election in the district desiring the election. The Commissioners" Court shall at its next meeting canvass the returns of such election, and if the votes cast in said district show a majority in favor of withdrawing from the consolidation, the Court shall declare the district severed and <u>it shall be restored to its original status.</u> Each such district when so restored shall assume and be liable for its prorata part of the outstanding financial obligations of the consolidated district, such prorata part to be based on the relation the total assessed valuation of all property in the district bears to the total assessed valuation of property in the consolidated district, as shown by the assessment rolls of the district for the current year." (Underscoring ours)

The above quoted article provides that the school districts when severed from consolidation shall be restored (with certain exceptions and conditions) to their original status.

It is our opinion under the facts stated that it is not necessary to have the tax election inquired about to make the $1.00 tax rate levy valid.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By      Wm. J. Fanning
Assistant

WJF:BT



APPROVED
OPINION
COMMITTEE
BY B4073
CHAIRMAN